JOHN D. TENNERT, III
Nevada State Bar No. 11728
FENNEMORE CRAIG, P.C.
300 E. Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: jtennert@fclaw.com

Attorneys for Plaintiff Perfect Image, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PERFECT IMAGE, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>MURAD, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 3:19-CV-00707-LRH-CLB<br><br>**STIPULATION TO EXTEND RESPONSE DEADLINE TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

    Plaintiff, Perfect Image, LLC by and through its counsel of record, John D. Tennert of Fennemore Craig, P.C. and Defendant Murad, LLC by and through its attorney Michael E. Pappas of Lesnick Prince & Pappas LLP hereby stipulate and agree to extend the deadline to file a response to the Complaint from May 17, 2020 to **June 1, 2020**.

    This stipulation and additional time are warranted to allow the parties additional time to focus on a potential resolution of this lawsuit while the parties and their counsel are subject to COVID-19

//
//
//
//
//
//
//
//

restrictions. This is the second stipulation for extension of time to respond to the Complaint.

    IT IS SO STIPULATED.

DATED this 15th day of May, 2020.

**FENNEMORE CRAIG, P.C.**

By: /s/ John D. Tennert
    John D. Tennert, III, Esq.
    Nevada State Bar No. 11728
    300 E. Second Street, Suite 1510
    Reno, NV 89501
    Tel: (775) 788-2200 / Fax: (775) 786-1177
    Email: jtennert@fclaw.com

*Attorneys for Perfect Image, LLC*

DATED this 15th day of May, 2020.

**LESNICK PRINCE & PAPPAS**

By: /s/ Michael Pappas
    Michael Pappas, Esq.
    315 W. Ninth Street, Suite 705
    Los Angeles, CA  90015
    Tel: 213.493.6585
    Fax; 213.493.6596
    Email: mpappas@lesnickprince.com

*Attorneys for Murad, LLC*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 18, 2020