JOHN D. TENNERT, III
Nevada State Bar No. 11728
FENNEMORE CRAIG, P.C.
300 E. Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: jtennert@fclaw.com

Attorneys for Plaintiff Perfect Image, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PERFECT IMAGE, LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>MURAD, LLC, a Delaware limited liability company,<br><br>  Defendant. | Case No. 3:19-CV-00707-LRH-CLB<br><br>**STIPULATION TO EXTEND RESPONSE DEADLINE TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

    Plaintiff, Perfect Image, LLC by and through its counsel of record, John D. Tennert of Fennemore Craig, P.C. and Defendant Murad, LLC by and through its attorney Christian L. Moore of Lemons, Grundy & Eisenberg hereby stipulate and agree to extend the deadline to file a response to the Complaint from June 1, 2020 to **June 19, 2020**.

    This stipulation and additional time are warranted to allow the parties additional time to focus on a potential resolution of this lawsuit while the parties and their counsel are subject to COVID-19

//
//
//
//
//
//
//
//

SBRASELT/15832246.1/052241.0001

restrictions. This is the third stipulation for extension of time to respond to the Complaint.

    IT IS SO STIPULATED.

DATED this 1st day of June, 2020.

**FENNEMORE CRAIG, P.C.**

By: /s/ *John D. Tennert*
John D. Tennert, III, Esq.
Nevada State Bar No. 11728
300 E. Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: jtennert@fclaw.com

*Attorneys for Perfect Image, LLC*

DATED this 1st day of June, 2020.

**LEMONS GRUNDY & EISENBERG**

By: /s/ *Christian L. Moore*
Christian L. Moore, Esq.
6005 Plumas St. #300
Reno, NV 89519
Tel: (775) 786-6868
Email: clm@lge.net

*Attorneys for Murad, LLC*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: _____June 2, 2020_____

2

SBRASELT/15832246.1/052241.0001