UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PERFECT IMAGE, LLC, a Nevada limited liability company,

    Plaintiff,

vs.

MURAD, LLC, a Delaware limited liability company,

    Defendant.

Case No. 3:19-CV-00707-LRH-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff PERFECT IMAGE, LLC, and Defendants MURAD, LLC, (hereinafter collectively, the "Parties"), by and through their undersigned counsel, stipulate, pursuant to FRCP 41(a), that this action be dismissed as to the Parties, including all claims asserted herein by

//
//
//
//
//
//
//
//
//

Plaintiff, with prejudice, with each Party to bear its own attorneys' fees and costs herein.

DATED this 6th day of July, 2020.                    DATED this 6th day of July, 2020.

    **FENNEMORE CRAIG, P.C.**                    **LEMONS, GRUNDY & EISENBERG**

By:   */s/ John D. Tennert*                           By:   */s/ Christian L. Moore*
    John D. Tennert, III, Esq.                        Christian L. Moore, Esq.
    Nevada State Bar No. 11728                    6005 Plumas Street, Third Floor
    300 E. Second Street, Suite 1510              Reno, NV 89519
    Reno, NV 89501                                Tel: (775) 786-6868
    Tel: (775) 788-2200                           Email: clm@lge.net
    Email: jtennert@fclaw.com

    *Attorneys for Perfect Image, LLC*             *Attorneys for Murad, LLC*

**IT IS SO ORDERED.**

    Dated this 7th day of July, 2020.

                                                    _____
                                                    LARRY R. HICKS
                                                    UNITED STATES DISTRICT JUDGE